■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH RUCCO, Appellant, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, et al., Respondents. [789 NYS2d 884]—Appeal from order, Supreme Court, Bronx County (Michael A. Gross, J.), entered January 7, 2004, which dismissed the petition for a writ of habeas corpus, unanimously dismissed, without costs, as moot.

Since petitioner has been reinstated to parole status, his appeal is moot (*see People ex rel. McGann v Ross*, 91 NY2d 865 [1997]). Concur—Tom, J.P., Mazzarelli, Andrias, Friedman and Gonzalez, JJ.